## JOHN ALLEN GIBBS V. THE STATE.

No. 22444. Delivered March 24, 1943.

The opinion states the case.

*Jerome Canessa,* of Houston, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Appellant was tried in the county court for the offense of negligent homicide, and assessed a fine of $200.00.

There is no final judgment found in the record, and no notice of appeal to this court. This is fatal to the appeal. See Branch's Ann. Penal Code, p. 302.

The appeal is dismissed.